MARY M. RYAN, Respondent, v. HARRIS NEVIN and Another, Appellants.— Action brought to recover $2,500 upon a bond given by the Queens Bus Lines, Inc., as principal, and defendants, as sureties, under section 17 of the Vehicle and Traffic Act to insure persons injured in accidents through buses operated by the principal. Plaintiff recovered judgment against the Queens Bus Lines, Inc., for $6,177.85 and execution has been returned unsatisfied. Order granting plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PALM BEACH COMPANY, Respondent, v. MARCUS & Co., INC., Defendant, Impleaded with MARCUS & Co., Appellant.— Action by plaintiff, as a creditor of Marcus & Co., Inc., a Florida corporation, to set aside a dividend payment made to Marcus & Co., a New York corporation, its sole stockholder, and requiring the latter to pay the amount owing to plaintiff. Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of JOHN McKINLAY WIGHT, One of the Administrators c. t. a. of the Estate of MARY G. BRESLIN, Deceased, for a Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of and for Instructions as Administrators c. t. a. of the Estate of MARY G. BRESLIN, Deceased. JOHN McKINLAY WIGHT, Respondent; MAY M. LALOR, Executrix, etc., of WILLIAM MURRAY LALOR, Deceased, Appellant.— Decree, so far as appealed from, adjudging that the general legacies mentioned in the last will and testament of decedent are a charge on the real property belonging to said decedent at the time of her death, which was not specifically devised by her, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FREETHINKERS OF AMERICA, INC., a Corporation, Appellant, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN NEW YORK CITY, a Corporation, Respondent.— Two causes of action are set forth in the complaint, the first based upon alleged fraud and deceit because defendant maintains, in St. Paul's Chapel, a metallic plaque or tablet affixed to the inner wall adjacent to what is known as "Washington's Pew," containing an inscription entitled "Washington's Prayer for Our Country," and sells cards containing the words of the prayer at ten cents each. In the second cause of action, plaintiff seeks a mandatory injunction commanding the defendant to remove and destroy the plaque, and to discontinue the sale of and to destroy the cards. Order granting defendant's motion for judgment dismissing the complaint for insufficiency, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.